FILED:  May 18, 2016

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-4291
(5:14-cr-00556-JMC-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RUBEN CEJA-RANGEL, Ruben Ceja

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Orangeburg |
| Originating Case Number | 5:14-cr-00556-JMC-2 |
| Date notice of appeal filed in originating court: | 05/16/2016 |
| Appellant (s) | Ruben Ceja-Rangel |
| Appellate Case Number | 16-4291 |
| Case Manager | Cathy Poulsen 804-916-2704 |